UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ORVILLE G. MUFFETT, JR., et al.

CHAPTER 12   CASE NO. 11-40134

Substantively Consolidated
and
Jointly Administered

**Motion of Debtor Orville G. Muffet for Order Authorizing Sale Of Real Estate Free and Clear of All liens with liens to attach to Proceeds**

************

**MOTION**

    Orville G. Muffett, Chapter 12 debtor respectfully requests that the court authorize the Debtor's sale of Real estate consisting of a house and 18.8 acres in Daviess County Kentucky under the terms described in the annexed "Agreement for Purchase and sale of Real Estate"

    This motion is brought pursuant to Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C.§ 363(b)(l) and (f). The motion is made on the grounds that the proposed sale is in the best interest of the Chapter 12 Debtor, the bankruptcy estate and the creditors and is appropriate for sound business reasons.

    WHEREFORE, the Debtor respectfully requests that the court authorize the proposed sale of the Real Estate to the Buyer free and clear of all interests, liens and encumbrances with liens attaching to the proceeds in the same priority that they have in the subject real estate .

    This 18th day of November, 2014.

                                                /s/ Russ Wilkey
                                              Russ Wilkey
                                              WILKEY&WILSON, P.S.C.
                                              111 West Second Street
                                              Owensboro KY 42303
                                              (270) 685-6000
                                              Dcwilkey@wilkeylaw.com

Certificate of Service

    I hereby certify the foregoing was filed electronically with the U S Bankruptcy Court this

18th day of November, 2014, and a copy furnished electronically or by U S Mail to all creditors on the matrix.

/s/ Russ Wilkey<br>Russ Wilkey